IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-CV-01220-EWN-MJW

BILL LAUGHLIN,

Plaintiff(s),

v.

CITY OF TRINIDAD,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

       It is hereby ORDERED that the Defendant's Motion to Stay Fed. R. Civ. P. 26(a)(1) Disclosures and Discovery Pending Resolution of Motion to Dismiss (docket no. 11) is DENIED.  The Rule 16 Scheduling Conference remains set on August 26, 2005, at 10:00 a.m. before Magistrate Judge Watanabe.

Date: August 23, 2005